UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GREENBERG, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br>    v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>                Defendants | No. 03-12545-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial Inc.

                Respectfully Submitted,

                MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, and SUN LIFE FINANCIAL INC.,

                By their attorneys,

                /s/ Jonathan A. Shapiro
                Jeffrey B. Rudman (BBO #433380)
                William H. Paine (BBO #550506)
                Jonathan A. Shapiro (BBO #567838)
                Hale and Dorr LLP
                60 State Street
                Boston, MA  02109
                (617) 526-6000

April 7, 2004

BOSTON 1884095v1

-2-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Nancy Freeman Gans
Moulton & Gans, PC
33 Broad Street, Suite 1100
Boston, MA  02109

Sandy A. Liebhard
Joseph R. Seidman, Jr.
Berstein, Liebhard, & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016

Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

John D. Donovan, Jr.
Jane Willis
Carisa Kleymeyer
Ropes & Gray
One International Place
Boston, MA 02110-2624

Aaron Brody
Jules Brody
Bradley P. Dyer
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Jospeh Weiss
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY 10176

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 7, 2004